

# United States District Court
## Central District of California
### Roybal Federal Building
### 255 East Temple Street, Suite 670
### Los Angeles, California 90012

RECEIVED

2005 JUL 12 · A 11: 14

FINANCIAL
DISCLOSU████████

**Chambers of
Audrey B. Collins
District Judge**

July 8, 2005

JUDICIAL CONFERENCE OF THE UNITED STATES
COMMITTEE ON FINANCIAL DISCLOSURE
Honorable Mary M. Lisi, Chair
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

    Re:    Requested Information for 2004 Financial Disclosure Report

Dear Judge Lisi:

    Thank you for your June 27, 2005 letter. I will provide the requested information and clarification in the same order discussed in your letter.



    Columns  A              B        C



| Columns A | B | C |
| --- | --- | --- |

Sincerely,

AUDREY B. COLLINS
United States District Judge

ABC:bjs
Enclosure

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Collins, Audrey B | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Edward Roybal Federal Building<br>255 E. Temple Street, Ste. 670<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ████████ | ███████████████████ |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ████████ | ████████████████ |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | -- See Second Heading on Next Page -- | |
| 2. | | |
| 3. | | |

RECEIVED

FINANCIAL DISCLOSURE OFFICE

May 9 10 14 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 4. | // | | |
| 5. | // | | |
| 1. | 6/ 2004 | ███████████████ | Salary |
| 2. | 7/ 2004 | ███████████████ | 31,746.00 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ███████████ | ██████████████████ |
| 2. | ███████ | ██████████████████ |
| 3. | | |
| 4. | | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ███████ | █████████████████ | ████ |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Collins, Audrey B | | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 2. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 3. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 4. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 5. ▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | | | | ▓▓ | ▓▓ | |
| 6. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 7. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 8. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | | ▓▓ | ▓▓ | |
| 9. ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | | ▓▓ | ▓▓ | |
| 10. ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 11. ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 12. ▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 13. ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 14. ▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 15. ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | | ▓▓ | ▓▓ | |
| 16. ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 17. ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 18. ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ▮▮▮ | | | | | | | | | |
| 20. ▮▮▮ | | | | | | | | | |
| 21. ▮▮▮ | | | | | | | | | |
| 22. ▮▮▮ | | | | | | | | | |
| 23. ▮▮▮ | | | | | | | | | |
| 24. ▮▮▮ | | | | | | | | | |
| 25. ▮▮▮ | | | | | | | | | |
| 26. ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | |
| 27. ▮▮▮ | | | | | | | | | |
| 28. ▮▮▮ | | | | | | | | | |
| 29. ▮▮▮ | | | | | | | | | |
| 30. ▮▮▮ | | | | | | | | | |
| 31. ▮▮▮▮▮ | | | | | | | | | |
| 32. ▮▮▮▮▮ | | | | | | | | | |
| 33. ▮▮▮▮ | | | | | | | | | |
| 34. ▮▮▮ | | | | | | | | | |
| 35. ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | |
| 36. ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ▓▓▓ | ▓▓▓ | | | | | | | | |
| 38. ▓▓▓ | ▓ | ▓▓▓ | ▓▓ | ▓▓ | | | ▓ | ▓▓ | |
| 39. ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 40. ▓▓▓ | ▓ | ▓▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 41. ▓▓▓ | ▓ | ▓▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 42. ▓▓▓ | ▓▓ | ▓▓▓ | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 43. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 44. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 45. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 46. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 47. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 48. ▓▓▓ | ▓▓▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 49. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 50. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 51. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 52. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 53. ▓▓▓ | ▓ | ▓▓▓ | | | | | ▓▓ | ▓▓ | |
| 54. ▓▓▓ | ▓ | ▓▓ | | | | | ▓▓ | ▓▓ | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

**VI LIABILITIES**

**VII INVESTMENTS AND TRUSTS**

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544